HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TABITHA VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TABITHA VALDEZ, et al.,<br><br>  Defendants. | Case No. 2:15-cr-058 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 25, 2015; EXCLUDE TIME<br><br>Date: June 25, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Tabitha Valdez, defendant, Stacie White, by and through her counsel, Christopher Cosca, and defendant, David Santiago Valdez, by and through his counsel Candace Fry that the status conference set for April 23, 2015, be continued to June 25, 2015, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, to continue investigating the facts of the case and for continued defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 25, 2015;  pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

DATED: April 21, 2015          HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Matthew C. Bockmon*
                               MATTHEW C. BOCKMON
                               Assistant Federal Defender
                               Attorney for Defendant
                               TABITHA VALDEZ

DATED: April 21, 2015          */s/ Christopher Cosca*
                               CHRISTOPHER COSCA
                               Attorney for Defendant
                               STACIE WHITE

DATED: April 21, 2015          */s/ Candace Fry*
                               CANDACE FRY
                               Attorney for Defendant
                               DAVID SANTIAGO VALDEZ

DATED: April 21, 2015          BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Jill Thomas*
                               JILL THOMAS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  The Court orders the status conference rescheduled for June 25, 2015, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including June 25, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT