HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TABITHA VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-058 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 20, 2015; EXCLUDE TIME |
| v. | ) ) ) | |
| TABITHA VALDEZ, et al., | ) | Date:    August 20, 2015 |
| Defendants. | ) ) | Time:    9:00 a.m.<br>Judge:   Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Tabitha Valdez, defendant, Stacie White, by and through her counsel, Christopher Cosca, and defendant, David Santiago Valdez, by and through his counsel Candace Fry that the status conference set for June 25, 2015, be continued to August 20, 2015, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, to continue investigating the facts of the case and for continued defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 20, 2015;  pursuant to 18 U.S.C.

1   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2   based upon continuity of counsel and defense preparation.

3        Counsel and the defendants also agree that the ends of justice served by the Court

4   granting this continuance outweigh the best interests of the public and the defendants in a speedy

5   trial.

6                                      Respectfully submitted,

7   DATED:  June 22, 2015              HEATHER E. WILLIAMS
                                       Federal Defender
8

9                                      */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
10                                     Assistant Federal Defender
                                       Attorney for Defendant
11                                     TABITHA VALDEZ

12  DATED:  June 22, 2015              */s/ Christopher Cosca*
                                       CHRISTOPHER COSCA
13                                     Attorney for Defendant
                                       STACIE WHITE
14

15  DATED:  June 22, 2015              */s/ Candace Fry*
                                       CANDACE FRY
16                                     Attorney for Defendant
                                       DAVID SANTIAGO VALDEZ
17

18  DATED:  June 22, 2015              BENJAMIN B. WAGNER
                                       United States Attorney
19

20                                     */s/ Jill Thomas*
                                       JILL THOMAS
21                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 20, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 20, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  June 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT