HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TABITHA VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-058 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) |
| TABITHA VALDEZ, et al., | ) Date:   August 20, 2015 |
|  | ) Time:   9:00 a.m. |
| Defendants. | ) Judge:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Tabitha Valdez, defendant, Stacie White, by and through her counsel, Christopher Cosca, and defendant, David Santiago Valdez, by and through his counsel Candace Fry that the status conference set for August 20, 2015, be continued to October 1, 2015, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, to continue investigating the facts of the case and for continued defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 1, 2015;  pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2  based upon continuity of counsel and defense preparation.
3      Counsel and the defendants also agree that the ends of justice served by the Court
4  granting this continuance outweigh the best interests of the public and the defendants in a speedy
5  trial.

6      Respectfully submitted,

7  DATED:  August 18, 2015    HEATHER E. WILLIAMS
8      Federal Defender

9      /s/ Matthew C. Bockmon
    MATTHEW C. BOCKMON
10     Assistant Federal Defender
    Attorney for Defendant
11     TABITHA VALDEZ

12 DATED:  August 18, 2015    /s/ Christopher Cosca
    CHRISTOPHER COSCA
13     Attorney for Defendant
14     STACIE WHITE

15 DATED:  August 18, 2015    /s/ Candace Fry
    CANDACE FRY
16     Attorney for Defendant
17     DAVID SANTIAGO VALDEZ

18 DATED:  August 18, 2015    BENJAMIN B. WAGNER
    United States Attorney
19

20     /s/ Jill Thomas
    JILL THOMAS
21     Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the status conference rescheduled for October 1, 2015, at 9:00 a.m. The Court orders the time from the date of the parties' stipulation, up to and including October 1, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT