IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>STACIE LEE WHITE, ET AL,<br>      Defendant. | 2:15-cr-00058-DAD |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ABRAHAM VALDEZ,<br>      Defendant. | 2:15-cr-00059-KJM |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:15-cr-00058-DAD and 2:15-cr-00059-KJM on September 6, 2024;

Case number 2:15-cr-00059-KJM is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:15-cr-00059-DAD**

///

1

IT IS SO ORDERED.

Dated: **September 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE